UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARTHA BAUER,

    Plaintiff,

v.                                 CASE NO. 2:13-cv-00850-SPC-DNF

FEDERAL DEPOSIT INSURANCE
CORPORATION, as receiver for First
Community Bank of Southwest Florida,

    Defendant.
_____/

## AMENDED COMPLAINT

Plaintiff, MARTHA BAUER, files this lawsuit against the Federal Deposit Insurance Corporation, in its capacity as receiver for First Community Bank of Southwest Florida (hereinafter referred to as, "Defendant FDIC for First Community Bank" or First Community Bank"):

### STATEMENT OF THE PARTIES

1. Plaintiff, MARTHA BAUER, is an adult and resides in Lee County, Florida.

2. The Federal Deposit Insurance Corporation is the agency charged by law with, among other duties, administering the Federal Deposit Insurance Act and the federal bank deposit insurance system. Defendant FDIC for First Community Bank serves in the capacity for First Community Bank and is being sued in such capacity herein. Defendant FDIC for First Community Bank may be served with this Complaint by service, pursuant to Rule 4 of the Federal Rules of Civil Procedure, upon: Federal Deposit Insurance Corporation, as receiver for First Community Bank of Southwest Florida, c/o Andrea Fulton Toliver, Regional Counsel, 10 Tenth Street, N.E., Suite 800, Atlanta, Georgia

30309-3906; Federal Deposit Insurance Corporation, as receiver for First Community Bank of Southwest Florida, c/o Eric Holder, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; Federal Deposit Insurance Corporation, as receiver for First Community Bank of Southwest Florida, U.S. Attorney's Office, U.S. Middle District of Florida, 2110 First Street, Suite 3-137, Ft. Myers, Fl. 32902; and Federal Deposit Insurance Corporation, as receiver for First Community Bank of Southwest Florida, c/o Mr. Robert E. Feldman, Executive Secretary, Federal Deposit Insurance Corporation, 550 17th Street, N.W., Washington, D.C. 20429.

## JURISDICTION AND VENUE

3. The personal injury suffered by the Plaintiff, as set out below, and which is the basis of this Complaint, occurred on March 22, 2011 on premises maintained and operated by First Community Bank of Southwest Florida which such failed institution is now in receivership with Federal Deposit Insurance Corporation.

4. Pursuant to 12 U.S.C. § 1821(d)(6), Plaintiff files this lawsuit in the United States District Court for the Middle District of Florida, since the failed institution's principal place of business was located at 1645 SE 47th Terrace, Cape Coral, Florida 33904.

## COUNT I
## NEGLIGENCE

5. On or about March 22, 2011, Plaintiff was walking to her car in the First Community Bank parking lot located at 1645 SE 47th Terrace, Cape Coral, Florida 33904.

6. Plaintiff stepped on a piece of cracked asphalt in the parking lot that collapsed and caused her to fall down.

2

7. As a result of this incident, Plaintiff suffered injury to her knees, right ankle, wrists and back.

8. Defendant FDIC for First Community Bank was negligent in that it failed to exercise ordinary care in keeping the premises safe for customers such as the Plaintiff. As the direct and proximate result of this negligence, the Plaintiff was injured.

9. As a direct result of Defendant FDIC for First Community Bank negligence, Plaintiff sustained debilitating injuries and has undergone one or more rounds of surgery.

10. As a direct result of the injuries the Plaintiff sustained in the aforementioned fall, the Plaintiff incurred medical expenses, in excess of $60,000.00, and other special damages, and is likely to incur future medical expense.

11. As a direct result of First Community Bank's negligence, Plaintiff suffered, and will continue to suffer, physical and mental pain and suffering.

12. As a direct result of First Community Bank's negligence, Plaintiff suffered, and will continue to suffer, anxiety, shock and worry.

13. As a direct result of said injuries, Plaintiff has lost earnings.

14. As a direct result of the aforementioned injuries, the Plaintiff continues to suffer pain and disability.

15. The negligence of Defendant FDIC for First Community Bank was the proximate cause of Plaintiff's aforementioned injuries.

16. Plaintiff shows that she is entitled to an award of both general and specific damages against general and specific damages against Defendant FDIC for First Community Bank in an amount to be determined by the enlightened conscious of a jury.

WHEREFORE, Plaintiff prays for:

a. Summons and process issue and that the defendant be served according to law;

b. Judgment against the defendant;

c. A reasonable and just amount for injuries sustained;

d. Recovery of all general and special damages as will be proved at the trial of this case;

e. A Trial by a 12 Person Jury;

f. That all costs of this action be cast upon the defendant; and

g. Any and all further relief which the court may deem just and proper.

Respectfully submitted this 11th day of December 2013.

                                          BERKE LAW FIRM, P.A.

                                By:    /s/ Bill B. Berke
                                          Bill B. Berke, Esq.
                                          Florida Bar No. 0558011
                                          berkelaw@yahoo.com
                                          1003 Del Prado Blvd., Ste. 300
                                          Cape Coral, FL 33990
                                          Telephone: (239) 549-6689
                                          Facsimile: (239) 549-3331
                                          *Attorney for Plaintiff*