UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARTHA BAUER,

    Plaintiff,

                                  CASE NO.: 2:13-cv-00850-SPC-DNF

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, as receiver for First
Community Bank of Southwest Florida,

    Defendant.
_____/

## MOTION FOR ORAL ARGUMENT

    COMES NOW the Defendant, Federal Deposit Insurance Company, as receiver for First Community Bank of Southwest Florida, pursuant to Local Rule 3.01(j) and files this Motion for Oral Argument of its Motion to Dismiss With Prejudice for Lack of Subject Matter Jurisdiction or For Summary Judgment, dated November 5, 2014, and would allege and state as follows:

    1.    The moving Defendant, the Federal Deposit Insurance Company (FDIC) respectfully requests oral argument on its Motion to Dismiss With Prejudice for Lack of Subject Matter Jurisdiction or For Summary Judgment, dated November 5, 2014.

    2.    The FDIC estimates that 1 hour will be needed for argument, counter-argument, and rebuttal.

    WHEREFORE the Defendant requests this Honorable Court grant its request for oral argument of its Motion to Dismiss With Prejudice for Lack of Subject Matter Jurisdiction or For Summary Judgment, dated November 5, 2014.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2014 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all ECF participants as listed: Bill B. Berke, Esquire, Berke Law Firm, P.A., 1003 Del Prado Blvd., Suite 300, Cape Coral, FL 33990, berkelaw@yahoo.com, Attorney for Plaintiff.

LAW OFFICE OF MARK H. GARRISON

_____
Edward S. Leonard
Florida Bar No. 0013675
Attorney for Defendant
4631 Woodland Corp. Blvd., Suite 301
Tampa, FL 33614
813-880-5104 - Direct Line
813-880-5150 - Main Telephone
866-292-8652 - Facsimile
Primary e-mail:
thelawofficeofmarkgarrison@cna.com
Secondary (Attorney) e-mail:
edward.leonard@cna.com