UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

Case No. 2:13-cv-00850-SPF-DNF

Martha Bauer,

    Plaintiff,

v.

Federal Deposit Insurance Corporation, as Receiver
for First Community Bank of Southwest Florida,

    Defendant.

November 26, 2014

## Plaintiff's Notice of Liability Expert

Please take notice that Plaintiff designates GEORGE W . ZIMMERMAN as its liability expert. Mr. Zimmerman's CV is attached, and his preliminary report, as prepared for Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment is attached to Plaintiff's Reply Memorandum as Exhibit 9.

November 26, 2014

s/s/ Gary Irwin
Gary Irwin, FBN #18826
Gary Irwin & Associates, LLC
1415 Tiffany Lane, #1307
Naples, FL 34105
grirwinlaw@gmail.com
(305)490-2360

-and-

15735 17th Place N.
Plymouth, MN 55447

## Certificate of Service

I, Gary Irwin, FBN # 18826, attest that on,    November 26, 2014, I e-filed this Reply Brief with a copy to Defendant's counsel..
/s/ Gary Irwin

## Certificate of Font Size

I, Gary Irwin, FBN # 18826, attest that this brief complies with this Court's Rules regarding font size and other requirements.
/s/Gary Irwin