

**Parvey & Frankel**
ATTORNEYS, P.A.

Allan M. Parvey
Board Certified Civil Trial Attorney
National Board of Trial Advocacy

Bruce D. Frankel (of counsel)
Board Certified Civil Trial Attorney

Carlos J. Cavenago, III
Attorney at Law

May 13, 2013

**CERTIFIED NO: 7011 3500 0001 6985 2459**

ATTN: Lorie Nichols
CNA Insurance
P.O. Box 8317
Chicago, IL 60680

        RE:  OUR CLIENT:  Martha (Marty) Bauer
                    D/A:  3/22/2011
             CLAIM NO:  ADV 4022776651
              INSURED:  First Community Bank

Dear Ms. Nichols:

    As you know, our firm represents Martha (Marty) Bauer for claims arising from her fall on 3/22/2011. At this time, I am submitting to you complete documentation of our client's bodily injury claim so that you may be able to evaluate your insured's exposure in this matter and enter into meaningful and good faith settlement negotiations.

**FACTS:**

    This incident occurred on March 22, 2011, at approximately 5:05 p.m., in the parking lot of the First Community Bank of SW Florida located at 1645 SE Terrace, Cape Coral, Florida. Marty was walking to her car when she stepped on a piece of cracked asphalt that proceeded to collapse into pieces and cause her fall. I have enclosed a photograph of the area in which she fell showing the horrible condition of the asphalt.

P.O. Drawer 9327 • Fort Myers, Florida 33902-9327
Suite 100 • 2069 First Street • Fort Myers, Florida 33901
www.parveyfrankel.com • E-mail: service@parveyfrankel.com
(239) 334-0300/(239) 334-0992 Fax

I believe that you will have to agree with me that the facts of this accident are as stated above and that your insured is clearly liable for our client's damages.

**INJURIES:**

Martha "Marty" Bauer is a 58 year old woman married to Charles. At the time of the fall, she was employed as a paralegal. As a result of this incident, Marty suffered injury to her knees, right ankle, wrists and back.

Immediately following this fall, Marty began experiencing progressive pain in her left knee, left hand, left arm pain from her neck to her hand, right neck pain, right shoulder blade pain and bilateral knee pain. As a result she presented at the office of her primary care physician, Dr. Bruce Mehlman on March 25, 2011. After physical examination, the assessment was bilateral knee pain and bilateral x-rays of her knees and Celebrex were prescribed.

On April 1, 2011, Marty presented at the office of Dr. Kenneth Galang, a pain management physician practicing in Fort Myers, from whom she had received prior treatment. He provided her with bilateral cortisone injections in both of her knees. The relief only lasted for approximately 6 days. As a result, she sought treatment from Dr. John Kagan, an orthopedic surgeon practicing in Ft. Myers on April 28, 2011. She was a previous patient of Dr. Kagan's. on that date Marty complained of bilateral knee and bilateral shoulder pain. After physical examination and review of radiographs and MRIs, Dr. Kagan's diagnosis was:

1. Left shoulder/arm impingement syndrome.
2. Right shoulder/arm impingement syndrome.
3. Left knee anterior contusion and chondromalacia.
4. Right chondromalacia.

He ordered a rehab program for her shoulders and knees. He deferred medications to Dr. Frey. Marty continued treating with Dr. Kagan for her knees and shoulders through November 3, 2011 at which time he transferred her care to Dr. Frey as she was not in need of any further orthopedic care. Dr. Kagan also deferred work status and restrictions as well as any MMI ratings to Dr. Frey. He did not feel she had reached MMI as of that date.

Marty was treated for her pain symptoms by Dr. Michael Frey. She was initially examined by Dr. Frey on May 2, 2011. Her chief complaint was mostly knee pain, but she was also having some chronic neck and back pain. She had been maintained on medications including morphine. Exacerbating factors were standing, walking, sitting, bending in her knees. Cortisone injections and resting alleviated some of the pain. These painful symptoms had also caused difficulty sleeping, loss of energy and anxiety related to the pain. After physical exam and radiographic review, Dr. Frey ordered physical therapy for closed kinetic chain exercises, Euflexxa if no improvement obtained by physical therapy and advised her to return to Dr. Kagan for any surgical care.

Our client continued to treat with Dr. Frey on a regular basis through February 6, 2012. Some of the treatment modalities included pain medication to include Morphine, Pennsaid, Xanax, Gabapentin, and multiple knee injections with Supartz and Kenalog. On February 1, 2012, Marty underwent a Nuclear Medicine Whole Body Scan and Spect Imaging. It showed increased tracer activity at the posterior aspect of the right ankle, which could represent a sequela of trauma. As a result, Dr. Frey referred her for care to Dr. Peter Walimire, a podiatrist practicing in Ft. Myers.

Marty was first evaluated by Dr. Walimire on April 4, 2012. She complained of pain, swelling, numbness and tingling and burning of her right ankle that had been ongoing for approximately a year and had steadily worsened. Marty was unable to drive due to the pain in her ankle and was forced to wear casual shoes or flip-flops style sandals/shoes. After physical examination and review of diagnostics, Dr. Walimire's impression was:

1. Mononeuritis of the lower limb, unspecified and right common peroneal nerve, left saphenous nerve.
2. Peroneal tendonitis.
3. Possible compartment syndrome of the right leg.
4. Pain in limb.

Dr. Walimire ordered EMG/NCV testing and an MRI of her ankle. She was to return after testing was completed.

After review of test results, a decision was made to proceed with surgical intervention. On May 7, 2012, our client underwent:

1. Endoscopic tarsal tunnel release, right foot.
2. Peroneal synovectomy.
3. Excision of lipoma, right ankle.
4. Ankle arthroscopy with extensive debridement and excision of osteochondral lesion of the talus with micro-fracture, right ankle.
5. Decompression of calcaneus and cuboid, right foot.

She was advised to use a rolling knee walker while recuperating and on May 13, 2012, suffered a fall and injured her wrists. She was seen by Dr. Peter Monserrate and he placed her in a right wrist brace on June 21, 2012 and a left wrist brace on July 20, 2012.

A heel injection was also done to try to alleviate her pain but by July 31, 2012, Dr. Walimire advised Marty had reached MMI and he could not offer any more treatment for her foot. He advised her back problems could be influencing the pain in her foot. Dr. Walimire advised her to continue with as normal activities as possible and attempt to increase her activities.

On July 30, 2012, our client as evaluated by Dr. P. Jeffrey Richard, an orthopedist practicing in Ft. Myers. Marty complained of severe pain in both wrists and was unable to even use a computer. After physical and radiographic examination, Dr. Richards' impression was bilateral wrist pain, status post strain. He advised her to her symptoms fit more with generalized stiffness pain than the actual strain at that point. Anyone coming out of casts, braces, splints, etc., often suffered from this type of pain. He recommended weaning her out of the brace and undergoing a physical therapy regimen. She continued treating with his practice through February 21, 2013.

Due to her constant pain and loss of her employment, Marty was forced to seek psychological counseling from Carl Wheeler-Antle, M.S., LMHC, from March 15, 2012 through August 22, 2012. She was diagnosed as having an Adjustment Disorder Mixed with Depression and Anxiety. She was grieving over the loss of her health, her career, her independence and felt very vulnerable to a life changing event she had little control over. Her symptoms included crying, feeling overwhelmed, her sleep and appetite were affect and at times she was anxious with ruminating thoughts regarding her future and feelings of being helpless and hopeless.

**MEDICAL DOCUMENTATION:**

For your review and evaluation, enclosed please find copies of the following medical bills incurred by our client as a result of the injuries Martha (Marty) sustained:

| | |
|---|---:|
| Kagan, Jugan & Assoc. | $ 18,929.00 |
| Dr. Mehlman/Specialists in Healthcare | 1,685.00 |
| Radiology Regional | 4,021.43 |
| Dr. Frey/Advanced Pain Management | 6,538.65 |
| EMPI, Inc. | 311.50 |
| Anesthesia & Pain Consultants | 1,810.03 |
| Ortho. Specialist of SW FL/Dr. Tafel/Nemitz | 7,828.56 |
| Millennium Lab | 2,122.00 |
| Rx | 4,023.12 |
| Carole Wheeler-Antle, MS | 1,340.00 |
| Cape Coral Surgery Center | 12,173.20 |
| Total medical bills incurred to date: | $ 60,782.49 |

As of 2/1/13, Marty's workers' compensation carrier Zenith, is claiming a lien in the amount of $17,216.71 for both medical and indemnity benefits. Tri-Care, Marty's health insurance company will also be claiming a lien. The amount will be forwarded to you upon receipt.

Also, enclosed please find copies of the following medical records for treatment received by our client:

| | |
|---|---|
| Drs. John Kagan/Peter Walimire | 11/3/11 to 11/7/12 |
| Cape Coral Surgery Center | 5/7/12 |
| Dr. Mehlman/Special. In Health | 3/25/11 to 12/29/11 |
| Radiology Regional | 4/21/11 to 6/24/11 |
| Dr. Michael Frey/Adv. Pain Mgmt. | 5/2/11 to 2/6/12 |
| ARIA | 2/2/12 |
| Carole Wheeler-Antle, MS, LMHC | 3/15/12 to 8/22/12 |
| Orthopedical Specialists of SW FL | 7/30/12 to 2/21/13 |

Marty indicates that the subject incident has had a substantial adverse impact on her lifestyle. Household chores are now very difficult for her to accomplish as vacuuming, mopping, carrying groceries and standing preparing meals all cause her pain level to elevate dramatically. Working in the yard has become to painful to even attempt and after years of gardening, including planting seasonal vegetable gardens, she no longer does any planting.

Prior to this incident, Marty enjoyed numerous recreational activities including walking, riding her bike, swimming, attending water aerobic classes, kayaking and exercising. Now, these activities are either impossible to perform, or if she does attempt them, she must rest for several hours before the pain abates. She can no longer wear high heels and must limit herself to "comfort" shoes. Going shopping at the mall or even sitting in front of her computer cause her back pain to escalate. Even a good night's sleep has been denied Marty as a result of this incident. She awakens several times during the night due to the pain and finds it difficult to return to sleep. This chronic pain, lack of sleep and the emotional trauma as a result of the losing her job of 11 year as a result of this incident, have combined to make Marty depressed and short tempered. This in turn, has caused her relationship with her husband to suffer greatly.

I believe it is clear that the negligence of your insured driver has had a devastating effect on the life of Marty Bauer. Unfortunately, it will continue to do so for the rest of her life. This is especially significant in view of Marty's additional life expectancy in excess of 22 years.

**EVALUATION:**

Due to the clear liability of your insured, the nature of our client's injuries and the continuing effect they will have on her in the future, we have evaluated this claim for settlement purposes at $475,000.00. My client is willing to accept this amount in exchange for a general release of your insured in accordance with the <u>Dyess</u> decision, provided these funds are tendered to this office within thirty (30) days.

I believe I have now provided you with sufficient documentation to show the existence of a valid liability claim against your insured. I look forward to hearing from you shortly.

Very truly yours,

PARVEY & FRANKEL ATTORNEYS, P.A.

Carlos J. Cavenago, III

CJC/ll







