## PHOTO SHEET

| | |
|---|---|
| **CLAIMANT:** MARTHA BAUER | **YOUR CLAIM NO:** E2893164 |
| **LOCATION:** FLORIDA | **HUB FILE NO.:** FL12100712 |
| **FILM:** DIGITAL | **OBTAINED BY:** ARMAND COOPER |



**PHOTO 1**
OBTAINED ON MAY 9, 2013

PHOTO DEPICTS THE ACCIDENT LOCATION.



**PHOTO 2**
OBTAINED ON MAY 9, 2013

PHOTO DEPICTS THE CRACKING AND THE HOLE AT APPROXIMATELY 23".

## PHOTO SHEET

| CLAIMANT: MARTHA BAUER | YOUR CLAIM NO: E2893164 |
|---|---|
| LOCATION: FLORIDA | HUB FILE NO.: FL12100712 |
| FILM: DIGITAL | OBTAINED BY: ARMAND COOPER |



**PHOTO 3**
OBTAINED ON MAY 9, 2013

PHOTO DEPICTS THE CRACKING AND THE HOLE AT APPROXIMATELY 23".



**PHOTO 4**
OBTAINED ON MAY 9, 2013

PHOTO DEPICTS THE CRACKING AND THE HOLE AT APPROXIMATELY 23".

## PHOTO SHEET

| CLAIMANT: MARTHA BAUER | YOUR CLAIM NO: E2893164 |
|---|---|
| LOCATION: FLORIDA | HUB FILE NO.: FL12100712 |
| FILM: DIGITAL | OBTAINED BY: ARMAND COOPER |



**Photo 5**
OBTAINED ON MAY 9, 2013

PHOTO DEPICTS THE WIDTH AT 9".



**Photo 6**
OBTAINED ON MAY 9, 2013

PHOTO DEPICTS THE WIDTH AT 9".

## PHOTO SHEET

| CLAIMANT: MARTHA BAUER | YOUR CLAIM NO: E2893164 |
|---|---|
| LOCATION: FLORIDA | HUB FILE NO.: FL12100712 |
| FILM: DIGITAL | OBTAINED BY: ARMAND COOPER |



**Photo 7**
OBTAINED ON MAY 9, 2013

PHOTO DEPICTS THE ACCIDENT AREA.



**Photo 8**
OBTAINED ON MAY 9, 2013

PHOTO DEPICTS A VIEW FACING EAST.

## PHOTO SHEET

| CLAIMANT: MARTHA BAUER | YOUR CLAIM NO: E2893164 |
|---|---|
| LOCATION: FLORIDA | HUB FILE NO.: FL12100712 |
| FILM: DIGITAL | OBTAINED BY: ARMAND COOPER |



**PHOTO 11**
OBTAINED ON MAY 9, 2013

PHOTO DEPICTS A VIEW FACING NORTHWEST.



**PHOTO 12**
OBTAINED ON MAY 9, 2013

PHOTO DEPICTS A VIEW FACING SOUTH.

## PHOTO SHEET

| | |
|---|---|
| **CLAIMANT:** MARTHA BAUER | **YOUR CLAIM NO:** E2893164 |
| **LOCATION:** FLORIDA | **HUB FILE NO.:** FL12100712 |
| **FILM:** DIGITAL | **OBTAINED BY:** ARMAND COOPER |



**PHOTO 13**
OBTAINED ON MAY 9, 2013

PHOTO DEPICTS A VIEW FACING SOUTHEAST.



**PHOTO 14**
OBTAINED ON MAY 9, 2013

PHOTO DEPICTS A VIEW FACING SOUTHWEST.

## PHOTO SHEET

| CLAIMANT: MARTHA BAUER | YOUR CLAIM NO: E2893164 |
|---|---|
| LOCATION: FLORIDA | HUB FILE NO.: FL12100712 |
| FILM: DIGITAL | OBTAINED BY: ARMAND COOPER |



PHOTO 15

OBTAINED ON MAY 9, 2013

PHOTO DEPICTS A VIEW FACING WEST.