From: JacksonvilleCreditorClaims@FDIC.gov
To: CWBigBoppr@aol.com
CC: sdakic@FDIC.gov
Sent: 8/29/2013 12:27:15 P.M. Eastern Daylight Time
Subj: FW: Voice Message from 239-283-8083 on 8/29/2013 11:34:11 AM for 19042563925

Ms. Bauer – the claims agent has verified that medical records were received.  If there is documentation outside of that, it hasn't been received.  Please send via email.  You may send the information directly to SDAKIC@fdic.gov