(i.e. Market Assessed = Just - Agricultural Exemption)

The **Capped Assessed** value is the *Market Assessment* after any *Save Our Homes* or *10% Assessment Limitation* cap is applied. This assessment cap is applied to all properties and limits year-to-year assessment increases to either the *Consumer Price Index* or 3%, whichever is lower for Homestead properties OR 10% for non-Homestead properties.

The **Taxable** value is the *Capped Assessment* after exemptions (*Homestead, etc.*) are applied to it. This is the value that most taxing authorities use to calculate a parcel's taxes.
(i.e. Taxable = Capped Assessed - Exemptions)

## Taxing Authorities
### CITY OF CAPE CORAL / REDEVELOPMENT AREA / 056

| Name / Code | Category | Mailing Address |
|---|---|---|
| LEE CO GENERAL REVENUE / 044 | County | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL  33902-0398 |
| LEE CO ALL HAZARDS PROTECTION DIST / 101 | Dependent District | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL  33902-0398 |
| LEE CO LIBRARY DIST / 052 | Dependent District | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL  33902-0398 |
| MUNICIPAL SOLID WASTE DISPOSAL MSTU / 116 | Dependent District | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL  33902-0398 |
| LEE CO HYACINTH CONTROL DIST / 051 | Independent District | RUSSELL BAKER<br>15191 HOMESTEAD RD<br>LEHIGH ACRES FL  33971 |
| LEE CO MOSQUITO CONTROL DIST / 053 | Independent District | RUSSELL BAKER<br>15191 HOMESTEAD RD<br>LEHIGH ACRES FL  33971 |
| WEST COAST INLAND NAVIGATION DIST / 098 | Independent District | CHARLES W LISTOWSKI EXECUTIVE DIRECTOR<br>200 MIAMI AVE E<br>VENICE FL  34285-2408 |
| CITY OF CAPE CORAL / 014 | Municipal | VICTORIA BATEMAN FINANCIAL SERVICES DIRECTOR<br>PO BOX 150027<br>CAPE CORAL FL  33915-0027 |
| PUBLIC SCHOOL - BY LOCAL BOARD / 012 | Public Schools | AMI DESAMOURS BUDGET DEPARTMENT<br>2855 COLONIAL BLVD<br>FORT MYERS FL  33966 |
| PUBLIC SCHOOL - BY STATE LAW / 013 | Public Schools | AMI DESAMOURS BUDGET DEPARTMENT<br>2855 COLONIAL BLVD<br>FORT MYERS FL  33966 |
| CITY OF CAPE CORAL FIRE ASMT / 312 | Voter Approved | VICTORIA BATEMAN FINANCIAL SERVICES DIRECTOR<br>PO BOX 150027<br>CAPE CORAL FL  33915-0027 |
| SFWMD-DISTRICT-WIDE / 110 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH, FL 33406 |
| SFWMD-EVERGLADES CONSTRUCTION PROJECT / 084 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH, FL 33406 |
| SFWMD-OKEECHOBEE BASIN / 308 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH FL  33406 |

## Sales / Transactions

| Sale Price | Date | OR Number | Type | Description | Vacant/Improved |
|---|---|---|---|---|---|
| 100.00 | 04/30/2007 | 2007000163881 | 01 | Sales disqualified as a result of examination of the deed<br>Disqualified (Doc Stamp .70 / SP less th $100 / Other Disq) | I |
| 742,000.00 | 11/10/2005 | 2005000177040 | 03 | Sales disqualified as a result of examination of the deed<br>Disqualified (Interest Sales / Court Docs / Government) | I |
| 200,000.00 | 07/01/1986 | 1854/4776 | 01 | Sales disqualified as a result of examination of the deed<br>Disqualified (Doc Stamp .70 / SP less th $100 / Other Disq) | V |

| | | | | |
|---|---|---|---|---|
| 95,000.00 | 12/01/1979 | 1396/2029 | 02 | Sales qualified but excluded from sales ratio analysis Qualified (Multiple STRAP # / 06-09I) | V |

## Building/Construction Permit Data

| Permit Number | Permit Type | Date |
|---|---|---|
| 05-39567 | Electric | 01/12/2006 |
| 39088 | Commerical | 03/09/1988 |
| 13-15053 | Site Development - Driveway / Sidewalks | 11/27/2013 |
| 06-18341 | Shutter, Awning | 01/10/2007 |
| 06-1225 | Shutter, Awning | 03/01/2006 |
| 05-39550 | Site Development - Driveway / Sidewalks | 01/12/2006 |
| 06-7574 | Roof | 03/28/2006 |
| 06-925 | Electric | 01/12/2006 |
| 01-9726 | Plumbing | 07/31/2001 |
| 06-313 | Building Remodel / Repair | 03/03/2006 |
| 14-01239 | Building Remodel / Repair | 04/30/2014 |
| 13-15077 | Site Development - Driveway / Sidewalks | 11/27/2013 |
| 11-06665 | Site Development - Driveway / Sidewalks | 06/23/2011 |

**IMPORTANT INFORMATION: THIS MAY NOT BE A COMPREHENSIVE OR TIMELY LISTING OF PERMITS ISSUED FOR THIS PROPERTY.**

Note: The Lee County Property Appraiser's Office does not issue or maintain any permit information. The Building/Construction permit data displayed here represents only those records this Office may find necessary to conduct Property Appraiser business. Use of this information is with the understanding that in no way is this to be considered a comprehensive listing of permits for this or any other parcel.

The Date field represents the date the property appraiser received information regarding permit activity; it may or may not represent the actual date of permit issuance or completion.

Full, accurate, active and valid permit information for parcels can only be obtained from the appropriate permit issuing agency.

## Parcel Numbering History

| Prior STRAP | Prior Folio ID | Renumber Reason | Renumber Date |
|---|---|---|---|
| 05-45-24-A9-00361.A190 | N/A | Split (From another Parcel) | |
| 05-45-24-A9-00361.A230 | N/A | Reserved for Renumber ONLY | 01/26/1997 |
| 08-45-24-C4-00361.A280 | 10190101 | Combined (With another parcel-Delete Occurs) | 03/28/2006 |
| 08-45-24-C4-00361.A300 | 10190102 | Combined (With another parcel-Delete Occurs) | 03/28/2006 |

## Location Information

| Township | Range | Section | Block | Lot |
|---|---|---|---|---|
| 45 | 24E | 07 | | |

| Municipality | Longitude | | Latitude |
|---|---|---|---|
| City of Cape Coral | 26.56398 | | -81.94189 |

Links

View Parcel on Google Maps          View Parcel on GeoView (Requires Silverlight)

## Solid Waste (Garbage) Roll Data

| Solid Waste District | Roll Type | Category | Unit / Area | Tax Amount |
|---|---|---|---|---|

## Flood and Storm Information

| Storm Surge Zone | Evacuation Zone | Flood Insurance [ FIRM Look-up ] |
|---|---|---|

| | | Community | Panel | Version | Date |
|---|---|---|---|---|---|
| A | A | 125095 | 0405 | F | 8/28/2008 |

## Appraisal Details

### Land

#### Land Tracts

| Use Code | Use Code Description | Depth | Frontage | Number of Units | Unit of Measure |
|---|---|---|---|---|---|
| 2300 | Financial Institution | 125 | 225 | 28125.00 | Square Feet |

#### Land Features

| Description | Year Added | Units |
|---|---|---|
| BLACK TOP - IMPROVED | 1986 | 10,000 |

## Buildings

### Building 1 of 1

### Building Characteristics

| Improvement Type | Model Type | Stories | Living Units |
|---|---|---|---|
| 62 - bank | 4 - commercial | 1.0 | 0 |
| **Bedrooms** | **Fixtures** | **Year Built** | **Effective Year Built** |
| 0 | 5.0 | 1986 | 1986 |

### Building Subareas

| Description | Heated / Under Air | Area (Sq Ft) |
|---|---|---|
| BAS - BASE | Y | 3,359 |
| FCP - FINISHED CARPORT | N | 683 |
| FOP - FINISHED OPEN PORCH | N | 82 |

### Building Features

| Description | Year Added | Units |
|---|---|---|
| TELLER WINDOWS | 1986 | 1 |
| CANOPY/FACADE | 2006 | 180 |

**Building Front Photo**

Photo Date : January of 2012

**Building Footprint**

(dimensions shown: 16'7", 28'8", 62'6", 26'9", 35', 19'6", FCP, 19'6", BAS, 43'6", 34'6", 35', FOP)

eTRAKiT

Home | Setup an Account | Log In   Contractor   AALDERINK JAMES         Password [LOGIN]   ☐ REMEMBER ME   Reset Password

**Permits**
Apply
Search
Pay Fees
Fees Estimator

**Projects**
Apply for New Project
Search Projects
Pay Fees
Fees Estimator

**Contractor**
Search Contractors
Pay Fees

**Properties**
Search

**Inspections**
Schedule
Cancel
Scheduled

**Licenses**
Search Licenses
Pay Fees
Renew

**Violations**
Search

**Action Center**
Report Issue
Search Issues

**Shopping Cart**
Pay All Fees

*Permit Search*

Search By:   Permit Number   Contains   [06-313]   [SEARCH]       Click here for search examples

**Search Results**

| Permit Number |
|---|
| B06-313 |
| B06-3130 |
| B06-3131 |
| B06-3132 |
| B06-3133 |
| B06-3134 |
| B06-3135 |
| B06-3136 |
| B06-3137 |
| B06-3138 |
| B06-3139 |

*Permit #B06-313*

Permit Info   Site Info   Contacts (2)   Fees $1,852.30   Reviews (6)

Address: 1645 SE 47TH TER
City/State/Zip: CAPE CORAL, FL, 33904
Property Type:
Parcel No.: 10190100
Subdivision: CC
STRAP: 074524C300361A230
Block: 00361
Lot: A230
SAID: 43738
Lot Size (SF): 28141

The City of Cape Coral, FL makes every effort to produce and publish the most current and accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation. Utilization of this website indicates understanding and acceptance of this statement.

1015 Cultural Park Blvd Cape Coral, FL 33990
HOME | CONTACT

https://etrakit.capecoral.net/etrakit3/Search/permit.aspx

eTRAKiT

Home | Setup an Account | Log In   Contractor  AALDERINK JAMES        Password  [LOGIN]   REMEMBER ME  Reset Password

**Permits**
Apply
Search
Pay Fees
Fees Estimator

**Projects**
Apply for New Project
Search Projects
Pay Fees
Fees Estimator

**Contractor**
Search Contractors
Pay Fees

**Properties**
Search

**Inspections**
Schedule
Cancel
Scheduled

**Licenses**
Search Licenses
Pay Fees
Renew

**Violations**
Search

**Action Center**
Report Issue
Search Issues

**Shopping Cart**
Pay All Fees

## Permit Search

Search By:  Permit Number  Contains  06-313   [SEARCH]        Click here for search examples

### Search Results

| Permit Number |
|---|
| B06-313 |
| B06-3130 |
| B06-3131 |
| B06-3132 |
| B06-3133 |
| B06-3134 |
| B06-3135 |
| B06-3136 |
| B06-3137 |
| B06-3138 |
| B06-3139 |

### Permit #B06-313

Permit Info    Site Info    Contacts (2)    Fees $1,852.30    Reviews (6)

Type: NRM1
Subtype:
Short Description: REMODEL NON 1&2 FAMILY COMMUNITY BANK OF CC
Status: CLOSED
Applied Date: 1/5/2006
Issued Date: 3/3/2006
Approved Date:
Finaled Date:
Expiration Date:

Lee County Property Appraiser
Lee County Clerk of Courts

The City of Cape Coral, FL makes every effort to produce and publish the most current and accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation. Utilization of this website indicates understanding and acceptance of this statement.

1015 Cultural Park Blvd Cape Coral, FL 33990
HOME | CONTACT

https://etrakit.capecoral.net/etrakit3/Search/permit.aspx