Case 2:13-cv-00850-SPC-DNF   Document 40   Filed 11/28/14   Page 1 of 5 PageID 314

# NFPA *101*

## *Life Safety Code®*

### 2006 Edition

IMPORTANT NOTE: *This NFPA document is made available for use subject to important notices and legal disclaimers. These notices and disclaimers appear in all publications containing this document and may be found under the heading "Important Notices and Disclaimers Concerning NFPA Documents." They can also be obtained on request from NFPA or viewed at www.nfpa.org/disclaimers*

NOTICE: An asterisk (*) following the number or letter designating a paragraph indicates that explanatory material on the paragraph can be found in Annex A.

Changes other than editorial are indicated by a vertical rule beside the paragraph, table, or figure in which the change occurred. These rules are included as an aid to the user in identifying changes from the previous edition. Where one or more complete paragraphs have been deleted, the deletion is indicated by a bullet (•) between the paragraphs that remain.

A reference in brackets [ ] following a section or paragraph indicates material that has been extracted from another NFPA document. As an aid to the user, the complete title and edition of the source documents for extracts in mandatory sections of the document are given in Chapter 2 and those for extracts in informational sections are given in Annex B. Editorial changes to extracted material consist of revising references to an appropriate division in this document or the inclusion of the document number with the division number when the reference is to the original document. Requests for interpretations or revisions of extracted text shall be sent to the technical committee responsible for the source document.

Information on referenced publications can be found in Chapter 2 and Annex B.

## Chapter 1  Administration

**1.1\* Scope.**
**1.1.1 Title.** NFPA *101, Life Safety Code,* shall be known as the *Life Safety Code®*, is cited as such, and shall be referred to herein as "this *Code*" or "the *Code*."

F
L **1.1.1.2** Anytime a reference is made to NFPA 1 or NFPA 101 within
F this *Code*, it shall be the Florida specific version of NFPA 1 and NFPA 101.

**1.1.2 Danger to Life from Fire.** The *Code* addresses those construction, protection, and occupancy features necessary to minimize danger to life from the effects of fire, including smoke, heat, and toxic gases created during a fire.

**1.1.3 Egress Facilities.** The *Code* establishes minimum criteria for the design of egress facilities so as to allow prompt escape of occupants from buildings or, where desirable, into safe areas within buildings.

**1.1.4 Other Fire-Related Considerations.** The *Code* addresses other considerations that are essential to life safety in recognition of the fact that life safety is more than a matter of egress. The *Code* also addresses protective features and systems, building services, operating features, maintenance activities, and other provisions in recognition of the fact that achieving an acceptable degree of life safety depends on additional safeguards to provide adequate egress time or protection for people exposed to fire.

**1.1.5\* Considerations Not Related to Fire.** The *Code* also addresses other considerations that, while important in fire conditions, provide an ongoing benefit in other conditions of use, including non-fire emergencies.

**1.1.6 Areas Not Addressed.** The *Code* does not address the following:
(1) *General fire prevention or building construction features that are normally a function of fire prevention codes and building codes
(2) Prevention of injury incurred by an individual due to that individual's failure to use reasonable care
(3) Preservation of property from loss by fire

**1.2\* Purpose** The purpose of this *Code* is to provide minimum requirements, with due regard to function, for the design, operation, and maintenance of buildings and structures for safety to life from fire. Its provisions will also aid life safety in similar emergencies.

**1.3 Application.**
**1.3.1\* New and Existing Buildings and Structures.** The *Code* shall apply to both new construction and existing buildings and existing structures.

F **1.3.1.1** If deemed necessary by a fire official for a complete,
L accurate, and thorough firesafety plans review or inspection, the
F fire official may request assistance from the building, electrical,
L plumbing, or similar specialty inspector; however, nothing in this
F rule gives authority or jurisdiction to any person other than a
L firesafety inspector certified under Section 633.081, Florida
F Statutes, to perform firesafety inspections required by law, rule,
L ordinance, or code.

**1.3.2 Vehicles and Vessels.** The *Code* shall apply to vehicles, vessels, or other similar conveyances, as specified in Section 11.6, in which case such vehicles and vessels shall be treated as buildings.

F **1.3.3 Conflicts**
L **1.3.3.1** When a requirement differs between this *Code* and a
F referenced document, the requirement of this *Code* shall apply.
L **1.3.3.2** When a conflict between a general requirement and a
F specific requirement occurs, the specific requirement shall apply.

**1.4\* Equivalency** Nothing in this *Code* is intended to prevent the use of systems, methods, or devices of equivalent or superior quality, strength, fire resistance, effectiveness, durability, and safety over those prescribed by this *Code*.

**1.4.1 Technical Documentation.** Technical documentation shall be submitted to the authority having jurisdiction to demonstrate equivalency.

**1.4.2 Approval.** The system, method, or device shall be approved for the intended purpose by the authority having jurisdiction.

**1.4.3\* Equivalent Compliance.** Alternative systems, methods, or devices approved as equivalent by the authority having jurisdiction shall be recognized as being in compliance with this *Code*.

F **1.4.4** Subsequent editions of referenced standards may be
L considered to be an equivalency to the editions of the standards
F referenced in 69A-60, and 69A-3.012, Florida Administrative
L Code.

**1.5 Units and Formulas.**
**1.5.1 SI Units.** Metric units of measurement in this *Code* are in accordance with the modernized metric system known as the International System of Units (SI).

**1.5.2 Primary Values.** The inch-pound value for a measurement, and the SI value given in parentheses, shall each be acceptable for use as primary units for satisfying the requirements of this *Code*.

**1.6 Enforcement** This *Code* shall be administered and enforced by the authority having jurisdiction designated by the governing authority.

**3.3.150.4 Weathered-Membrane Material.** Membrane material that has been subjected to a minimum of 3000 hours in a weatherometer in accordance with ASTM G 155, *Standard Practice for Operating Xenon Arc Light Apparatus for Exposure of Non-Metallic Materials*, or approved equivalent. [*5000*, 2006]

**3.3.151\* Means of Egress.** A continuous and unobstructed way of travel from any point in a building or structure to a public way consisting of three separate and distinct parts: (1) the exit access, (2) the exit, and (3) the exit discharge.

**3.3.151.1 Accessible Means of Egress.** A means of egress that provides an accessible route to an area of refuge, a horizontal exit, or a public way. [*5000*, 2006]

**3.3.152 Means of Escape.** A way out of a building or structure that does not conform to the strict definition of means of egress but does provide an alternate way out.

**3.3.153\* Membrane.** A thin layer of construction material.

**3.3.154 Membrane Structure.** See 3.3.240.4.

**3.3.155 Mercantile Occupancy.** See 3.3.168.9.

**3.3.156 Mezzanine.** An intermediate level between the floor and the ceiling of any room or space.

**3.3.157 Mixed Occupancy.** See 3.3.168.10.

**3.3.158\* Modification.** The reconfiguration of any space; the addition or elimination of any door or window; the addition or elimination of load-bearing elements; the reconfiguration or extension of any system; or the installation of any additional equipment. [*5000*, 2006]

**3.3.159 Multilevel Play Structure.** See 3.3.240.5.

**3.3.160 Multiple Occupancy.** See 3.3.168.11.

**3.3.161 Multiple Station Alarm Device.** Two or more single-station alarm devices that can be interconnected so that actuation of one causes all integral or separate audible alarms to operate; or one single-station alarm device having connections to other detectors or to a manual fire alarm box. [*72*, 2000]

**3.3.162 Multipurpose Assembly Occupancy.** See 3.3.168.2.1.

**3.3.163 Net Floor Area.** See 3.3.17.2.2.

**3.3.164 Noncombustible (Material).** See 3.3.150.3.

**3.3.165 Non-Sleeping Suite (Health Care Occupancies).** See 3.3.241.2.1.

**3.3.166 Nursing Home.** See 3.3.122.2.

**3.3.167\* Objective.** A requirement that needs to be met to achieve a goal.

**3.3.168 Occupancy.** The purpose for which a building or other structure, or part thereof, is used or intended to be used. [ASCE 7:1.2]

**3.3.168.1\* Ambulatory Health Care Occupancy.** A building or portion thereof used to provide services or treatment simultaneously to four or more patients that provides, on an outpatient basis, one or more of the following: (1) treatment for patients that renders the patients incapable of taking action for self-preservation under emergency conditions without the assistance of others; (2) anesthesia that renders the patients incapable of taking action for self-preservation under emergency conditions without the assistance of others; (3) emergency or urgent care for patients who, due to the nature of their injury or illness, are incapable of taking action for self-preservation under emergency conditions without the assistance of others.

**3.3.168.2\* Assembly Occupancy.** An occupancy (1) used for a gathering of 50 or more persons for deliberation, worship, entertainment, eating, drinking, amusement, awaiting transportation, or similar uses; or (2) used as a special amusement building, regardless of occupant load.

**3.3.168.2.1 Multipurpose Assembly Occupancy.** An assembly room designed to accommodate temporarily any of several possible assembly uses. [*5000*, 2006]

**3.3.168.3\* Business Occupancy.** An occupancy used for the transaction of business other than mercantile. [*5000*, 2006]

**3.3.168.4\* Day-Care Occupancy.** An occupancy in which four or more clients receive care, maintenance, and supervision, by other than their relatives or legal guardians, for less than 24 hours per day. [*5000*, 2006]

**3.3.168.5\* Detention and Correctional Occupancy.** An occupancy used to house one or more persons under varied degrees of restraint or security where such occupants are mostly incapable of self-preservation because of security measures not under the occupants' control. [*5000*, 2006]

**3.3.168.6\* Educational Occupancy.** An occupancy used for educational purposes through the twelfth grade by six or more persons for 4 or more hours per day or more than 12 hours per week. [*5000*, 2006]

**3.3.168.7\* Health Care Occupancy.** An occupancy used for purposes of medical or other treatment or care of four or more persons where such occupants are mostly incapable of self-preservation due to age, physical or mental disability, or because of security measures not under the occupants' control. [*5000*, 2006]

**3.3.168.8\* Industrial Occupancy.** An occupancy in which products are manufactured or in which processing, assembling, mixing, packaging, finishing, decorating, or repair operations are conducted. [*5000*, 2006]

**3.3.168.8.1\* General Industrial Occupancy.** An industrial occupancy in which ordinary and low hazard industrial operations are conducted in buildings of conventional design suitable for various types of industrial processes. [*5000*, 2006]

**3.3.168.8.2\* High Hazard Industrial Occupancy.** An industrial occupancy in which industrial operations that include high hazard materials, processes, or contents are conducted.

**3.3.168.8.3 Special-Purpose Industrial Occupancy.** An industrial occupancy in which ordinary and low hazard industrial operations are conducted in buildings designed for, and suitable only for, particular types of operations, characterized by a relatively low density of employee population, with much of the area occupied by machinery or equipment. [*5000*, 2006]

**3.3.168.9\* Mercantile Occupancy.** An occupancy used for the display and sale of merchandise. [*5000*, 2006]

**3.3.168.10 Mixed Occupancy.** A multiple occupancy where the occupancies are intermingled. [*5000*, 2006]

**3.3.168.11 Multiple Occupancy.** A building or structure in which two or more classes of occupancy exist. [*5000*, 2006]

**3.3.255 Wall.**

**3.3.255.1 Fire Barrier Wall.** A wall, other than a fire wall, that has a fire resistance rating.

**3.3.255.2 Proscenium Wall.** The wall that separates the stage from the auditorium or house. [*5000*, 2006]

**3.3.256 Water-Surrounded Structure.** See 3.3.240.12.

**3.3.257 Weathered-Membrane Material.** See 3.3.150.4.

**3.3.258 Yard.** An open, unoccupied space other than a court, unobstructed from the ground to the sky on the lot on which a building is situated.

## Chapter 4  General

**4.1* Goals.**

**4.1.1* Fire and Similar Emergency.** The goal of this *Code* is to provide an environment for the occupants that is reasonably safe from fire and similar emergencies by the following means:

(1) *Protection of occupants not intimate with the initial fire development

(2) Improvement of the survivability of occupants intimate with the initial fire development

**4.1.2* Crowd Movement.** An additional goal is to provide for reasonably safe emergency crowd movement and, where required, reasonably safe nonemergency crowd movement.

**4.2 Objectives.**

**4.2.1 Occupant Protection.** A structure shall be designed, constructed, and maintained to protect occupants who are not intimate with the initial fire development for the time needed to evacuate, relocate, or defend in place.

**4.2.2 Structural Integrity.** Structural integrity shall be maintained for the time needed to evacuate, relocate, or defend in place occupants who are not intimate with the initial fire development.

**4.2.3 Systems Effectiveness.** Systems utilized to achieve the goals of Section 4.1 shall be effective in mitigating the hazard or condition for which they are being used, shall be reliable, shall be maintained to the level at which they were designed to operate, and shall remain operational.

**4.3* Assumption** The protection methods of this *Code* assume a single fire source.

**4.4 Life Safety Compliance Options.**

**4.4.1 Options.** Life safety meeting the goals and objectives of Section 4.1 and Section 4.2 shall be provided in accordance with either of the following:

(1) Prescriptive-based provisions per 4.4.2

(2) Performance-based provisions per 4.4.3

**4.4.2 Prescriptive-Based Option.**

**4.4.2.1** A prescriptive-based life safety design shall be in accordance with Chapter 1 through Chapter 4, Chapter 6 through Chapter 11, and the applicable occupancy chapter, Chapter 12 through Chapter 42.

**4.4.2.2** Prescriptive-based designs meeting the requirements of Chapter 1 through Chapter 3, Section 4.5 through Section 4.8, and Chapter 6 through Chapter 43 of this *Code* shall be deemed to satisfy the provisions of Section 4.1 and Section 4.2.

**4.4.2.3** Where specific requirements contained in Chapter 11 through Chapter 43 differ from general requirements contained in Chapter 1 through Chapter 4, and Chapter 6 through Chapter 10, the requirements of Chapter 11 through Chapter 43 shall govern.

**4.4.3 Performance-Based Option.** A performance-based life safety design shall be in accordance with Chapter 1 through Chapter 5.

**4.5 Fundamental Requirements.**

**4.5.1 Multiple Safeguards.** The design of every building or structure intended for human occupancy shall be such that reliance for safety to life does not depend solely on any single safeguard. An additional safeguard(s) shall be provided for life safety in case any single safeguard is ineffective due to inappropriate human actions or system failure.

**4.5.2 Appropriateness of Safeguards.** Every building or structure shall be provided with means of egress and other fire and life safety safeguards of the kinds, numbers, locations, and capacities appropriate to the individual building or structure, with due regard to the following:

(1) Character of the occupancy, including fire load

(2) Capabilities of the occupants

(3) Number of persons exposed

(4) Fire protection available

(5) Capabilities of response personnel

(6) Height and type of construction of the building or structure

(7) Other factors necessary to provide occupants with a reasonable degree of safety

**4.5.3 Means of Egress.**

**4.5.3.1 Number of Means of Egress.** Two means of egress, as a minimum, shall be provided in every building or structure, section, and area where size, occupancy, and arrangement endanger occupants attempting to use a single means of egress that is blocked by fire or smoke. The two means of egress shall be arranged to minimize the possibility that both might be rendered impassable by the same emergency condition.

**4.5.3.2 Unobstructed Egress.** In every occupied building or structure, means of egress from all parts of the building shall be maintained free and unobstructed. Means of egress shall be accessible to the extent necessary to ensure reasonable safety for occupants having impaired mobility.

**4.5.3.3 Awareness of Egress System.** Every exit shall be clearly visible, or the route to reach every exit shall be conspicuously indicated. Each means of egress, in its entirety, shall be arranged or marked so that the way to a place of safety is indicated in a clear manner.

**4.5.3.4 Lighting.** Where artificial illumination is needed in a building or structure, egress facilities shall be included in the lighting design.

**4.5.4* Occupant Notification.** In every building or structure of such size, arrangement, or occupancy that a fire itself might not provide adequate occupant warning, fire alarm systems shall be provided where necessary to warn occupants of the existence of fire.

**4.5.5 Vertical Openings.** Every vertical opening between the floors of a building shall be suitably enclosed or protected, as necessary, to afford reasonable safety to occupants while using the means of egress and to prevent the spread of fire, smoke, or fumes through vertical openings from floor to floor before occupants have entered exits.

**4.5.6 System Design/Installation.** Any fire protection system, building service equipment, feature of protection, or safeguard provided to achieve the goals of this *Code* shall be designed, installed, and approved in accordance with applicable NFPA standards.

**4.5.7 Maintenance.** Whenever or wherever any device, equipment, system, condition, arrangement, level of protection, or any other feature is required for compliance with the provisions of this *Code*, such device, equipment, system, condition, arrangement, level of protection, or other feature shall thereafter be maintained, unless the *Code* exempts such maintenance.

**4.6 General Requirements.**

**4.6.1 Authority Having Jurisdiction.**

**4.6.1.1** The authority having jurisdiction shall determine whether the provisions of this *Code* are met.

**4.6.1.2** Any requirements that are essential for the safety of building occupants and that are not specifically provided for by this *Code* shall be determined by the authority having jurisdiction.

**4.6.1.3** Where it is evident that a reasonable degree of safety is provided, any requirement shall be permitted to be modified if, in the judgment of the authority having jurisdiction, its application would be hazardous under normal occupancy conditions.

**4.6.2 Previously Approved Features.** Where another provision of this *Code* exempts a previously approved feature from a requirement, the exemption shall be permitted even where the following conditions exist:

(1) The area is being modernized, renovated, or otherwise altered.

(2) A change of occupancy has occurred, provided that the feature's continued use is approved by the authority having jurisdiction.

**4.6.3 Historic Buildings.**

**4.6.3.1** Rehabilitation projects in historic buildings shall comply with Chapter 43.

**4.6.3.2\*** The provisions of this *Code* shall be permitted to be modified by the authority having jurisdiction for buildings or structures identified and classified as historic buildings or structures where it is evident that a reasonable degree of safety is provided.

**4.6.4\* Modification of Requirements for Existing Buildings.** Where it is evident that a reasonable degree of safety is provided, the requirements for existing buildings shall be permitted to be modified if their application would be impractical in the judgment of the authority having jurisdiction.

**4.6.5 Time Allowed for Compliance.** A limited but reasonable time, commensurate with the magnitude of expenditure, disruption of services, and degree of hazard, shall be allowed for compliance with any part of this *Code* for existing buildings.

**4.6.6\* Referenced Publications.** Existing buildings or installations that do not comply with the provisions of the standards referenced in this document *(see Chapter 2)* shall be permitted to be continued in service, provided that the lack of conformity with these standards does not present a serious hazard to the occupants as determined by the authority having jurisdiction.

•

**4.6.7 Building Rehabilitation.**

**4.6.7.1** Rehabilitation work on existing buildings shall be classified as one of the following work categories in accordance with 43.2.2.1:

(1) Repair

(2) Renovation

(3) Modification

(4) Reconstruction

(5) Change of use or occupancy classification

(6) Addition

**4.6.7.2** Rehabilitation work on existing buildings shall comply with Chapter 43.

**4.6.7.3** Except where another provision of this *Code* exempts a previously approved feature from a requirement, the resulting feature shall not be less than that required for existing buildings.

**4.6.7.4\*** Existing life safety features that exceed the requirements for new buildings shall be permitted to be decreased to that required for new buildings.

**4.6.7.5\*** Existing life safety features that do not meet the requirements for new buildings, but that exceed the requirements for existing buildings, shall not be further diminished.

**4.6.8 Provisions in Excess of Code Requirements.** Nothing in this *Code* shall be construed to prohibit a better type of building construction, an additional means of egress, or an otherwise safer condition than that specified by the minimum requirements of this *Code*.

**4.6.9 Conditions for Occupancy.**

**4.6.9.1** No new construction or existing building shall be occupied in whole or in part in violation of the provisions of this *Code*, unless the following conditions exist:

(1) A plan of correction has been approved.

(2) The occupancy classification remains the same.

(3) No serious life safety hazard exists as judged by the authority having jurisdiction.

**4.6.9.2** Where compliance with this *Code* is effected by means of a performance-based design, the owner shall annually certify compliance with the conditions and limitations of the design by submitting a warrant of fitness acceptable to the authority having jurisdiction. The warrant of fitness shall attest that the building features, systems, and use have been inspected and confirmed to remain consistent with design specifications outlined in the documentation required by Section 5.8 and that such features, systems, and use continue to satisfy the goals and objectives specified in Section 4.1 and Section 4.2. *(See Chapter 5.)*

**4.6.10 Construction, Repair, and Improvement Operations.**

**4.6.10 Florida Fire Prevention Code and Florida Building Code Interrelation.** The Florida Fire Prevention Code contains several provisions and requirements that may interrelate with the Florida Building Code. It is not the intent of this Code that such interrelation result in duplicate reviews and inspections by either the firesafety official or the building official. The authority having jurisdiction over firesafety is responsible for enforcement of the Florida Fire Prevention Code hereof and should discharge its obligation in a manner that does not expose those regulated to unnecessary or unnecessarily expensive duplication of effort. To that end, the authority having jurisdiction over firesafety is directed to clearly delineate responsibility for enforcement of the Florida Fire Prevention Code hereof, and, in the event that a dispute arises regarding the enforcement of the Florida Fire Prevention Code as related to the enforcement of the Florida Building Code, the authority having jurisdiction over firesafety shall resolve the dispute by the procedure set forth in Chapter 633 and Chapter 553, Florida Statutes, as required by Section 633.01(5).

    i. The space is used solely for non-fuel-fired mechanical equipment.
    ii. The space contains no storage of combustible materials.
    iii. The building is protected throughout by an approved, supervised automatic sprinkler system in accordance with Section 9.7.

(6) Penetrations into, and openings through, an exit enclosure assembly shall be limited to the following:
  (a) Doors permitted by 7.1.3.2.1(5)
  (b) *Electrical conduit serving the stairway
  (c) Required exit doors
  (d) Ductwork and equipment necessary for independent stair pressurization
  (e) Water or steam piping necessary for the heating or cooling of the exit enclosure
  (f) Sprinkler piping
  (g) Standpipes
  (h) Existing penetrations protected in accordance with 8.3.5
  (i) Penetrations for fire alarm circuits, where the circuits are installed in metal conduit and the penetrations are protected in accordance with 8.3.5

(7) Penetrations or communicating openings shall be prohibited between adjacent exit enclosures.

**7.1.3.2.2** An exit enclosure shall provide a continuous protected path of travel to an exit discharge.

**7.1.3.2.3\*** An exit enclosure shall not be used for any purpose that has the potential to interfere with its use as an exit and, if so designated, as an area of refuge. *(See also 7.2.2.5.3.)*

**7.1.4 Interior Finish in Exit Enclosures.**

**7.1.4.1\* Interior Wall and Ceiling Finish in Exit Enclosures.** Interior wall and ceiling finish shall be in accordance with Section 10.2. In exit enclosures, interior wall and ceiling finish materials complying with Section 10.2 shall be Class A or Class B.

**7.1.4.2\* Interior Floor Finish in Exit Enclosures.** New interior floor finish in exit enclosures, including stair treads and risers, shall be not less than Class II in accordance with Section 10.2.

**7.1.5\* Headroom.**

**7.1.5.1** Means of egress shall be designed and maintained to provide headroom in accordance with other sections of this *Code*, and such headroom shall be not less than 7 ft 6 in. (2285 mm), with projections from the ceiling not less than 6 ft 8 in. (2030 mm) nominal above the finished floor, unless otherwise specified in 7.1.5.1.1 and 7.1.5.1.2.

**7.1.5.1.1** In existing buildings, the ceiling height shall be not less than 7 ft (2135 mm) from the floor, with projections from the ceiling not less than 6 ft 8 in. (2030 mm) nominal above the floor.

**7.1.5.1.2** Headroom in industrial equipment access areas as provided in 40.2.5.2 shall be permitted.

**7.1.5.2** The minimum ceiling height shall be maintained for not less than two-thirds of the ceiling area of any room or space, provided that the ceiling height of remaining ceiling area is not less than 6 ft 8 in. (2030 mm).

**7.1.5.3** Headroom on stairs shall be not less than 6 ft 8 in. (2030 mm) and shall be measured vertically above a plane parallel to and tangent with the most forward projection of the stair tread.

**7.1.6 Walking Surfaces in the Means of Egress.**

**7.1.6.1 General.**

**7.1.6.1.1** Walking surfaces in the means of egress shall comply with 7.1.6.2 through 7.1.6.4.

**7.1.6.1.2** Approved, existing walking surfaces shall be permitted.

**7.1.6.2 Changes in Elevation.** Abrupt changes in elevation of walking surfaces shall not exceed ¼ in. (6.3 mm). Changes in elevation exceeding ¼ in. (6.3 mm), but not exceeding ½ in. (13 mm), shall be beveled 1 to 2. Changes in elevation exceeding ½ in. (13 mm) shall be considered a change in level and shall be subject to the requirements of 7.1.7.

**7.1.6.3 Level.**

**7.1.6.3.1** Walking surfaces shall comply with the following:
(1) Walking surfaces shall be nominally level.
(2) The slope of a walking surface in the direction of travel shall not exceed 1 in 20, unless the ramp requirements of 7.2.5 are met.
(3) The slope perpendicular to the direction of travel shall not exceed 1 in 48.

**7.1.6.4\* Slip Resistance.** Walking surfaces shall be slip resistant under foreseeable conditions. The walking surface of each element in the means of egress shall be uniformly slip resistant along the natural path of travel.

**7.1.7 Changes in Level in Means of Egress.**

**7.1.7.1** Changes in level in means of egress shall be achieved by an approved means of egress where the elevation difference exceeds 21 in. (535 mm). Changes in elevation in exit access corridors and exits ~~and exit discharge~~ of 12 in. (305mm) or less shall be by a ramp. [FL]

**7.1.7.2\*** Changes in level in means of egress not in excess of 21 in. (535 mm) shall be achieved either by a ramp complying with the requirements of 7.2.5 or by a stair complying with the requirements of 7.2.2.

**7.1.7.2.1** Where a ramp is used, the presence and location of ramped portions of walkways shall be readily apparent.

**7.1.7.2.2** Where a stair is used, the tread depth of such stair shall be not less than 13 in. (330 mm).

**7.1.7.2.3** Tread depth in industrial equipment access areas as provided in 40.2.5.2 shall be permitted.

**7.1.7.2.4** The presence and location of each step shall be readily apparent.

**7.1.8\* Guards.** Guards in accordance with 7.2.2.4 shall be provided at the open sides of means of egress that exceed 30 in. (760 mm) above the floor or grade below.

**7.1.9 Impediments to Egress.** Any device or alarm installed to restrict the improper use of a means of egress shall be designed and installed so that it cannot, even in case of failure, impede or prevent emergency use of such means of egress, unless otherwise provided in 7.2.1.6 and Chapters 18, 19, 22, and 23.

**7.1.10 Means of Egress Reliability.**

**7.1.10.1\* General.** Means of egress shall be continuously maintained free of all obstructions or impediments to full instant use in the case of fire or other emergency.

**7.1.10.2 Furnishings and Decorations in Means of Egress.**

**7.1.10.2.1** No furnishings, decorations, or other objects shall obstruct exits, access thereto, egress therefrom, or visibility thereof.