UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARTHA BAUER,

    Plaintiff,

v.                                    Case No: 2:13-cv-850-FtM-38DNF

FEDERAL DEPOSIT INSURANCE CORPORATION,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff's Motion for Temporary Stay (Doc. #30) filed on November 10, 2014. Defendant failed to file a Response in Opposition, and the time to do so has now expired. Thus, the Motion is ripe for review.

On November 7, 2014, the Court granted Bill B. Berke's Motion to Withdraw as Counsel for Plaintiff. (Doc. #29). As a result, Plaintiff filed the instant Motion, seeking a temporary stay to find new counsel and to file a response to Defendant's Motion to Dismiss/Motion for Summary Judgment (Doc. #25). (Doc. #30). Most recently, Gary Richard Irwin filed a Notice of Appearance on behalf of Plaintiff, indicating that he has been retained as Plaintiff's new counsel. In addition, Mr. Irwin filed a Response in

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Opposition to Defendant's Motion to Dismiss/Motion for Summary Judgment.  (Doc. #31; Doc. #33).  Therefore, the Court denies Plaintiff's Motion for Temporary Stay as moot.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Temporary Stay (Doc. #30) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida, this 2nd day of December, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record