UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

Case No. 2:13-cv-00850-SPF-DNF

Martha Bauer,

      Plaintiff,

v.

Federal Deposit Insurance Corporation, as Receiver
for First Community Bank of Southwest Florida,

      Defendant.

## AFFIDAVIT OF GEORGE ZIMMERMAN

George Zimmerman, being first duly sworn, attests as follows:

1. I am an architect and licensed building inspector. I have been retained by Martha Bauer as a premises liability expert to render my opinions regarding the safety of the section of asphalt where Mrs. Bauer fell on or about March 22, 2102.
2. For my analysis of the situation, Mrs. Bauer's counsel provided me with photographs of the accident scene, one set which I am informed Mrs. Bauer took shortly after the accident, and one set which I have been informed was taken approximately two years later by the Bank or its insurance carrier.
3. I inadvertently failed to attach Mrs. Bauer's photographs to my original preliminary report and have re-issued my report, with these photographs attached.
4. My opinions and conclusions as set forth in my report are rendered to a reasonable degree of certainty by myself as an architect, licensed building inspector, and premises liability expert .

FURTHER AFFIANT SAYETH NAUGHT

STATE OF FLORIDA   ss:
COUNTY OF PALM BEACH

The foregoing instrument was sworn before me this _16th_ day of December, 2014 by George W. Zimmerman, who appeared before me, and is personally known to me, or has provided his Florida Driver's License as identification.

LIDA C. KHURANA
NOTARY PUBLIC
STATE OF FLORIDA
SEAL Comm# EE884786
Expires 3/24/2017

_____
George W. Zimmerman

_____
Notary
Officer taking acknowledgment