

Exhibit #2













Lee County Property Appraiser - Online Parcel Inquiry

Exhibit #3

## Property Data
STRAP: 07-45-24-C3-00361.A230  Folio ID: 10190100

**Owner Of Record**
FIRST STATES INVESTORS 6000D
c/o AMERICAN FINANCIAL REALTY TRUS
PO BOX 961025
FORT WORTH TX 76161

**Site Address**
1645 SE 47TH TER
CAPE CORAL FL 33904

**Legal Description**
CAPE CORAL UNIT 7 BLK 361A PB 12 PG 113 LOTS 23 THRU 31

**Classification / DOR Code**
FINANCIAL INSTITUTIONS / 23

[ Tax Map Viewer ]



[ Pictometry Aerial Viewer ]

**Image of Structure**



< Photo Date January of 2012 >

### Property Values (2014 Tax Roll)

| | |
|---|---|
| Just | 410,216 |
| Assessed | 410,216 |
| Portability Applied | 0 |
| Cap Assessed | 410,216 |
| Taxable | 410,216 |
| Cap Difference | 0 |

### Exemptions

| | |
|---|---|
| Homestead / Additional | 0 / 0 |
| Widow / Widower | 0 / 0 |
| Disability | 0 |
| Wholly | 0 |
| Senior | 0 |
| Agriculture | 0 |

### Attributes
(See Appraisal Details below for current values)

| | |
|---|---|
| Land Units Of Measure | SF |
| Units | 28125.00 |
| Frontage | 225 |
| Depth | 125 |
| Total Number of Buildings | 1 |
| Total Bedrooms / Fixtures | 0 / 5.0 |
| Total Living Area | 3,359 |
| 1st Year Building on Tax Roll | 1986 |
| Historic District | No |

## Property Value History

| Tax Year | Just | Market Assessed | Capped Assessed | Taxable | Source |
|---|---|---|---|---|---|
| 1992 | 314,830 | 314,830 | 314,830 | 314,830 | ROLL |
| 1993 | 309,820 | 309,820 | 309,820 | 309,820 | ROLL |
| 1994 | 304,820 | 304,820 | 304,820 | 304,820 | ROLL |
| 1995 | 299,810 | 299,810 | 299,810 | 299,810 | ROLL |
| 1996 | 294,810 | 294,810 | 294,810 | 294,810 | ROLL |
| 1997 | 289,800 | 289,800 | 289,800 | 289,800 | ROLL |
| 1998 | 286,980 | 286,980 | 286,980 | 286,980 | ROLL |
| 1999 | 254,750 | 254,750 | 254,750 | 254,750 | ROLL |
| 2000 | 252,300 | 252,300 | 252,300 | 252,300 | ROLL |
| 2001 | 249,140 | 249,140 | 249,140 | 249,140 | ROLL |
| 2002 | 246,580 | 246,580 | 246,580 | 246,580 | ROLL |
| 2003 | 251,170 | 251,170 | 251,170 | 251,170 | ROLL |
| 2004 | 299,590 | 299,590 | 299,590 | 299,590 | ROLL |
| 2005 | 632,890 | 632,890 | 632,890 | 632,890 | E&I |
| 2006 | 974,280 | 974,280 | 974,280 | 974,280 | ROLL |
| 2007 | 973,320 | 973,320 | 973,320 | 973,320 | ROLL |
| 2008 | 883,530 | 883,530 | 883,530 | 883,530 | ROLL |
| 2009 | 624,870 | 624,870 | 624,870 | 624,870 | SOH |
| 2010 | 478,714 | 478,714 | 478,714 | 478,714 | SOH |
| 2011 | 426,058 | 426,058 | 426,058 | 426,058 | SOH |
| 2012 | 420,777 | 420,777 | 420,777 | 420,777 | SOH |
| 2013 | 415,497 | 415,497 | 415,497 | 415,497 | SOH |
| 2014 | 410,216 | 410,216 | 410,216 | 410,216 | SOH |

The *Just* value is the total parcel assessment (less any considerations for the cost of sale). This is the closest value to *Fair Market Value* we produce and is dated as of January 1st of the tax year in question (F.A.C. 12D-1.002).

The *Market Assessed* value is the total parcel assessment (less any considerations for the cost of sale) based upon the assessment standard. Most parcels are assessed based either upon the *Highest and Best Use* standard or the *Present Use* standard (F.S. 193.011). For *Agriculturally Classified* parcels (or parts thereof), only agricultural uses are considered in the assessment (F.S. 193.461 (6) (a)). The difference between the *Highest and Best Use/Present Use* and the *Agricultural Use* is often referred to as the *Agricultural Exemption*.

http://www.leepa.org/Display/DisplayParcel.aspx?FolioID=10190100&PrintDetails=true

## Lee County Property Appraiser - Online Parcel Inquiry

(i.e. Market Assessed = Just - Agricultural Exemption)

The **Capped Assessed** value is the *Market Assessment* after any *Save Our Homes* or *10% Assessment Limitation* cap is applied. This assessment cap is applied to all properties and limits year-to-year assessment increases to either the *Consumer Price Index* or 3%, whichever is lower for Homestead properties OR 10% for non-Homestead properties.

The **Taxable** value is the *Capped Assessment* after exemptions (*Homestead, etc.*) are applied to it. This is the value that most taxing authorities use to calculate a parcel's taxes.
(i.e. Taxable = Capped Assessed - Exemptions)

## Taxing Authorities
### CITY OF CAPE CORAL / REDEVELOPMENT AREA / 056

| Name / Code | Category | Mailing Address |
|---|---|---|
| LEE CO GENERAL REVENUE / 044 | County | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL  33902-0398 |
| LEE CO ALL HAZARDS PROTECTION DIST / 101 | Dependent District | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL  33902-0398 |
| LEE CO LIBRARY DIST / 052 | Dependent District | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL  33902-0398 |
| MUNICIPAL SOLID WASTE DISPOSAL MSTU / 116 | Dependent District | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL  33902-0398 |
| LEE CO HYACINTH CONTROL DIST / 051 | Independent District | RUSSELL BAKER<br>15191 HOMESTEAD RD<br>LEHIGH ACRES FL  33971 |
| LEE CO MOSQUITO CONTROL DIST / 053 | Independent District | RUSSELL BAKER<br>15191 HOMESTEAD RD<br>LEHIGH ACRES FL  33971 |
| WEST COAST INLAND NAVIGATION DIST / 098 | Independent District | CHARLES W LISTOWSKI EXECUTIVE DIRECTOR<br>200 MIAMI AVE E<br>VENICE FL  34285-2408 |
| CITY OF CAPE CORAL / 014 | Municipal | VICTORIA BATEMAN FINANCIAL SERVICES DIRECTOR<br>PO BOX 150027<br>CAPE CORAL FL  33915-0027 |
| PUBLIC SCHOOL - BY LOCAL BOARD / 012 | Public Schools | AMI DESAMOURS BUDGET DEPARTMENT<br>2855 COLONIAL BLVD<br>FORT MYERS FL  33966 |
| PUBLIC SCHOOL - BY STATE LAW / 013 | Public Schools | AMI DESAMOURS BUDGET DEPARTMENT<br>2855 COLONIAL BLVD<br>FORT MYERS FL  33966 |
| CITY OF CAPE CORAL FIRE ASMT / 312 | Voter Approved | VICTORIA BATEMAN FINANCIAL SERVICES DIRECTOR<br>PO BOX 150027<br>CAPE CORAL FL  33915-0027 |
| SFWMD-DISTRICT-WIDE / 110 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH, FL 33406 |
| SFWMD-EVERGLADES CONSTRUCTION PROJECT / 084 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH, FL 33406 |
| SFWMD-OKEECHOBEE BASIN / 308 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH FL  33406 |

## Sales / Transactions

| Sale Price | Date | OR Number | Type | Description | Vacant/Improved |
|---|---|---|---|---|---|
| 100.00 | 04/30/2007 | 2007000163881 | 01 | Sales disqualified as a result of examination of the deed<br>Disqualified (Doc Stamp .70 / SP less th $100 / Other Disq) | I |
| 742,000.00 | 11/10/2005 | 2005000177040 | 03 | Sales disqualified as a result of examination of the deed<br>Disqualified (Interest Sales / Court Docs / Government) | I |
| 200,000.00 | 07/01/1986 | 1854/4776 | 01 | Sales disqualified as a result of examination of the deed<br>Disqualified (Doc Stamp .70 / SP less th $100 / Other Disq) | V |